IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

CIVIL ACTION FILE NO. 08-CV-2299-WDM-MJW

EVELYN GORDON, individually, and as
PERSONAL REPRESENTATIVE OF THE ESTATE OF CARRIE Q. GRIFFIN,
Deceased,

Plaintiff,

v.

SUNRISE SENIOR LIVING SERVICES, INC., d/b/a SUNRISE SENIOR LIVING AT
CHERRY CREEK, a Delaware Corporation and
DOES 1 - 5,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Complaint and Substitute Parties, DN 9, filed with the Court on October 30, 2008, is GRANTED. The Court, having reviewed the Motion and being fully advised in the premises, finds that the merits of the Motion are justified. Therefore, the Court orders that Plaintiff is permitted to Amend her Complaint to substitute Defendant Sunrise Senior Living Management, Inc. for Sunrise Senior Living Services, Inc., the Defendant entity designated in the original Complaint filed in Denver District Court. The Court further orders that Plaintiff's First Amended Complaint, attached to the Motion, is deemed filed as of the date of this Order.

Date: ~~October 31~~ November 6, 2008