IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02299-REB-MJW

EVELYN GORDON,

Plaintiff(s),

v.

SUNRISE SENIOR LIVING MANAGEMENT, INC.,

Defendant(s).

MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion for Entry of Confidentiality Stipulation and Protective Order (docket no. 30) is GRANTED finding good cause shown. The written "Confidentiality Stipulation and Protective Order" (docket no. 30-2) is APPROVED as amended in paragraph 23 and made an Order of Court.

Date: February 11, 2009